UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

SALVATORE PELULLO and
THE INDUSTRY HOTEL GROUP, LLC,

    Plaintiffs,                    Civil Action No.: 05-CV-22798-Altonaga/Turnoff

vs.

GARY KOPPELMAN,

    Defendant.
_____/

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law offices of FOLEY & MANSFIELD, P.L.L.P., hereby files this Notice of Appearance as counsel on behalf of DEFENDANT, GARY KOPPELMAN and requests that all future correspondence and pleadings be directed to the undersigned.

                              Respectfully submitted,
                              **FOLEY & MANSFIELD, P.L.L.P.**
                              Attorneys for Defendant
                              Gary Koppelman
                              4770 Biscayne Boulevard, Suite 1000
                              Miami, Florida 33137
                              Telephone Number:  (305) 438-9899
                              Facsimile Number:   (305) 438-9819

                              By: _____
                                 JEFFREY D. DeCARLO
                                 Florida Bar No. 0056390

Civil Action No.: 05-CV-22798-Altonaga/Turnoff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of February 2006, a true and correct copy of the foregoing was served via facsimile and U.S. Mail to:

Richard C. Wolfe, Esquire
Wolfe & Goldstein, P.A.,
100 Southeast Second Street
Suite 3300
Miami, Florida 33131
Telephone: (305) 381-7115
Facsimile: (305) 381-7116

By: _____
JEFFREY D. DECARLO