UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 05-22798-CIV-ALTONAGA

SALVATORE PELULLO
and THE INDUSTRY
HOTEL GROUP, LLC,

    Plaintiff,

v.

GARY KOPPELMAN,

    Defendant.
_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, Salvatore Pelullo and the Industry Hotel Group, LLC, hereby voluntarily dismiss this action, without prejudice.

## CERTIFICATE OF SERVICE

I CERTIFY that a copy hereof was mailed to Jeffrey D. DeCarlo, Esq., Foley & Mansfield, 4770 Biscayne Blvd., Suite 1000, Miami, Florida 33137, on February 21, 2006.

    WOLFE & GOLDSTEIN, P.A.
    Counsel for Plaintiffs
    100 S.E. Second St., Suite 3300
    Miami, Florida 33131
    Telephone: (305) 381-7115
    Facsimile: (305) 381-7116

    By: _____
    RICHARD C. WOLFE
    FL Bar No. 355607
    MARK GOLDSTEIN
    FL Bar No: 882186